UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHERYL L. ENGLEMAN, )
)
        Plaintiff, )
v. ) **JUDGMENT**
) No. 5:12-CV-147-FL
)
DEPUTY CROMARTIE, DEPUTY HYDE, )
and DEPUTY McDANIEL, in their )
individual capacities, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on defendants' motion for sanctions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 17, 2013, and for the reasons set forth more specifically therein, that defendants' motion for sanctions is granted and this case is dismissed with prejudice. The plaintiff shall have and recover nothing from this action and costs of the action are taxed against the plaintiff.

**This Judgment Filed and Entered on September 18, 2013, and Copies To:**
Ronnie M. Mitchell (via CM/ECF Notice of Electronic Filing)
David J. Adinolfi, II (via CM/ECF Notice of Electronic Filing)
Cheryl L. Engleman (via U.S. Mail) 6613 Jacobs Creek Circle, Fayetteville, NC 28306


September 18, 2013        JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk